IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DUANE TAYLOR, #2110765 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18cv559 |
| | § | *Consolidated with* 4:18cv629, 4:18cv657, |
| DIRECTOR, TDCJ-CID | § | and 4:18cv696 |

## ORDER OF DISMISSAL

Civil Action No. 4:18cv559 was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. No objections were timely filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the petitions for writ of habeas corpus are **DENIED** and **DISMISSED** with prejudice. A certificate of appealability is **DENIED**.

It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 10th day of September, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE